UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------

HANNAH JAEGER,

                Plaintiff,

    - against -

SANNE GROUP U.S. LLC, ET AL.,

                Defendants.
-------------------------------------

22-cv-2113 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The conference scheduled for May 23, 2022 is **canceled**. The parties should file a Rule 26(f) report by June 3, 2022.

SO ORDERED.

Dated:    New York, New York
           May 18, 2022

                                          _____
                                            John G. Koeltl
                                          **United States District Judge**