UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANNAH JAEGER,

                Plaintiffs,

- against -

SANNE GROUP U.S. LLC, ET AL.,

                Defendant.

22-cv-2113 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by June 3, 2022.

SO ORDERED.

Dated:  New York, New York
       May 23, 2022

                                      John G. Koeltl
                                United States District Judge