UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------×

HANNAH JAEGER,

                *Plaintiff,*

      v.

SANNE GROUP U.S. LLC, FRED STEINBERG, and
JEFFREY D. HAHN,

                *Defendants.*

------------------------------------------------------------------------×

22-CV-02113 (JGK)

**CIVIL CASE MANAGEMENT PLAN**

JOHN G. KOELTL, District Judge:

1. This case to be tried to a jury.

2. Discovery pursuant to the Initial Discovery Protocol shall be exchanged by June 21, 2022.

3. Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion to amend or to join additional parties shall be filed within thirty (30) days from the date of this Order.

4. All fact and expert discovery must be completed on or before January 31, 2023.

   a. All Fact Discovery to be completed by November 15, 2022.
   b. Expert Disclosures by December 5, 2022.
   c. Expert report(s) by January 5, 2023.
   d. Expert depositions concluded by January 31, 2023.

5. Discovery disputes in this case will be resolved by the assigned Magistrate Judge, who is Magistrate Judge Sarah Netburn.

   a. The first time there is a discovery dispute that counsel cannot resolve on their own, file a letter to Chambers via ECF and ask for an order of reference to the Magistrate Judge for discovery supervision. Thereafter, go directly to the Magistrate Judge for resolution of discovery disputes; do not contact Judge Koetl.

  b. Discovery disputes do not result in any extension of the discovery deadline or trial-ready date, and Judge Koetl must approve any extension of the discovery deadline in non-pro se cases.

  c. The Magistrate Judge cannot change discovery deadlines unless you agree to transfer the case to the Magistrate Judge for all purposes. Judge Koetl does not routinely grant extensions so counsel are warned that it they wait until the last minute to bring discovery disputes to the attention of the Magistrate Judge, they may find themselves precluded from taking discovery because they have run out of time.

6. The parties may at any time consent to have this case tried before the assigned Magistrate Judge pursuant to 28 U.S.C. § 636(c).

7. A joint pretrial order in the form prescribed in Judge Koeltl's Individual Rules, together with all other pretrial submissions required by those rules (not including in limine motions), shall be submitted on or before or February 28, 2023 or four weeks following disposition on a Summary Judgment Motion, whichever is later.

  a. Following submission of the joint pretrial order, counsel will be notified of the date of the final pretrial conference.

  b. In limine motions must be filed within five days of receiving notice of the final pretrial conference; responses to in limine motions are due five days after the motions are made. Cases may be called for trial at any time following the final pretrial conference.

8. This scheduling order may be altered or amended only on a showing of good cause that is not foreseeable at the time this order is entered. Counsel should not assume that extensions will be granted as a matter of routine.

**SO ORDERED.**

DATED: _____
    New York, New York


                  _____
                   JOHN G. KOELTL
                   United States District Judge