UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANNAH JAEGER,

               Plaintiff,

- against -

SANNE GROUP U.S. LLC, ET AL.,

               Defendants.

22-cv-2113 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a conference, by phone, on June 14, 2022, at 2:00 p.m. Dial-in: (888) 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            June 7, 2022

                                       John G. Koeltl
                               United States District Judge